IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

**RODERICK BROWN,**

    Plaintiff,

vs.                            No.  13-2513 SHL cgc

**CITY OF GALLAWAY**

    Defendant.

**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

Come now the parties, by and through their undersigned attorneys and, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, hereby stipulate, subject to the approval of this honorable Court, that the Plaintiff's cause of action may be dismissed, with prejudice.

Respectfully submitted this the 18th day of July, 2014.

| | |
|---|---|
| s/Maureen T. Holland | s/Edward J. McKenney, Jr. |
| Maureen T. Holland #15202 | Edward J. McKenney, Jr. #5380 |
| HOLLAND & ASSOCIATES, PC | William J. Wyatt #25774 |
| 1429 Madison Avenue | HARRIS SHELTON HANOVER WALSH, PLLC |
| Memphis, TN 38104 | One Commerce Square, 27th Floor |
| (901) 278-8120 | Memphis, TN 38103 |
| Attorneys for Plaintiff | (901) 525-1455 |
| | Attorneys for Defendant |

IT IS SO ORDERED.

s/ Sheryl H. Lipman
UNITED STATES DISTRICT JUDGE

Date: _____

1