IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| RODERICK BROWN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 2:13-cv-2513-SHL-cgc |
| ) | |
| CITY OF GALLOWAY, ) | |
| ) | |
| Defendant. ) | |

**JUDGMENT**

**JUDGMENT BY COURT.**  This action having come before the Court on Plaintiff's Complaint (ECF No. 1), filed July 10, 2013, the parties having settled their claims,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the parties' Stipulated Dismissal with Prejudice (ECF No. 15), all claims by Plaintiff against Defendant are hereby DISMISSED WITH PREJUDICE.

APPROVED:

s/ SHERYL H. LIPMAN
UNITED STATES DISTRICT JUDGE

July 21, 2014
Date